UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIAWANA PANDORA WHITE,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

22-CV-5588 (ER) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

    Per the Court's scheduling order (ECF No. 9), Defendant was required to serve the electronic certified transcript of the administrative proceedings (e-CAR) on Plaintiff within 90 days after Defendant is served. Defendant is also required to file proof of service of the electronic record on the docket. Defendant was served on July 12, 2022 (ECF No. 10).

    As it has been more than 90 days since Defendant was served, Defendant is directed to confirm whether the e-CAR has been served on Plaintiff and file proof of such service on the docket.

    Dated: New York, New York
           December 1, 2022

                        **SO ORDERED**.

                        **VALERIE FIGUEREDO**
                        **United States Magistrate Judge**