**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TIAWANA PANDORA WHITE,

                Plaintiff,                22 **CIVIL** 5588 (ER)(VF)

      -v-                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 20, 2023, that the Commissioners decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings to include the opportunity for a new hearing and decision.

**Dated:** New York, New York
          January 20, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                               **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                                **Deputy Clerk**